**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6377**

MELVIN HILL,

     Plaintiff – Appellant,

  v.

POSTAL SERVICE,

     Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:12-cv-00525-JFM)

Submitted:  June 28, 2012    Decided:  July 12, 2012

Before WILKINSON, SHEDD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Melvin Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Hill seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to pay the filing fees. If a litigant has had three actions or appeals dismissed on the ground that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the litigant may not proceed without prepayment of fees unless the applicant is under "imminent danger of serious physical injury." 28 U.S.C. § 1915(g) (2006). Hill has had three such prior dismissals: Hill v. Hughes, 1:00-cv-3204 (D. Md. 2000), Hill v. Woods, 1:96-cv-3034 (D. Md. 1996), Hill v. Harvey, 1:96-cv-3886 (D. Md. 1996). Hill has not alleged that he is under imminent danger of serious physical injury. Therefore, we deny leave to proceed in forma pauperis on appeal and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2